**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00683-KLM

CHAD SCHNELL,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

---

**ENTRY OF APPEARNACE ON BEHALF OF UNITED AIRLINES, INC.**

---

Cheyenne A.E. Moore of the law firm of Nelson Mullins Riley & Scarborough LLP hereby enters her appearance in the above-captioned action on behalf of Defendant United Airlines, Inc. Counsel certifies that she is a member in good standing of the bar of this Court.

Respectfully submitted this 25th day of March 2021.

    *s/ Cheyenne A.E. Moore*
    Cheyenne A. E. Moore, #50783
    Mark T. Clouatre, #29892
    Christopher T. Carry, #48745
    Nelson Mullins Riley & Scarborough LLP
    1400 Wewatta Street, Suite 500
    Denver, CO  80202
    Telephone: (303) 583-9900
    Facsimile: (303) 583-9999
    Email: cheyenne.moore@nelsonmullins.com
           mark.clouatre@nelsonmullins.com
           chris.carry@nelsonmullins.com

*Attorneys for Defendant United Airlines, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 25th day of March, 2021, I electronically filed the Entry of Appearance on Behalf of United Airlines, Inc. with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Jonathan Corbett, Esq.
Attorney for Plaintiff
CA Bar #325608 (admitted D. Colo.)
958 N. Western Ave. #765
Hollywood, CA 90029
E-mail: jon@corbettrights.com

*Attorney for Plaintiff*

                *s/Cheyenne A.E. Moore*
                Cheyenne A.E. Moore