IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Chad Schnell, David Delucia, Simona Delucia, Anthony Delucia, Christina Glavin, Jennifer Bowers, Stacy Therrien, Ricardo Meza, William Windemuth, Etabo Kipendo, Jeffrey Whichard, Karla Whichard, Brian Bollhoefer, *and* Edwin Paul<br>*Plaintiffs*<br><br>v.<br><br>United Airlines, Inc.<br>*Defendant* | Case No. 21-CV-683 (KLM)<br><br>**RESPONSE TO DEFENDANT'S MOTION TO STRIKE** |

On April 20th, 2021, Defendant United Airlines, Inc., filed a Motion to Strike the class action claims raised in the original complaint. ECF No. 11. As the original complaint has now been superseded by the First Amended Complaint at ECF No. 13, Defendant's motion is now moot.

Dated: Denver, CO

May 11th, 2021

Respectfully submitted,

　　　　　*/s/Jonathan Corbett*　　　　　
Jonathan Corbett, Esq.
Attorney for Plaintiff
CA Bar #325608 (*admitted D. Colo.*)
958 N. Western Ave. #765
Hollywood, CA 90029
E-mail: jon@corbettrights.com
Phone: (310) 684-3870
FAX:   (310) 675-7080