IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00683-KLM

CHAD SCHNELL,

     Plaintiff,

v.

UNITED AIRLINES, INC.

     Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter comes before the Court on United Airlines Inc.'s Motion to Strike Pursuant to Federal Rules of Civil Procedure 12(f) & 23(d)(1)(D) [#11] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#11], filed in reference to the original Complaint [#1] is **DENIED AS MOOT** in light of the filing of the Amended Class Action Complaint [#13].

     Dated:  May 18, 2021