**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Chad Schnell, David Delucia, Simona
Delucia, Anthony Delucia, Christina Glavin,
Jennifer Bowers, Stacy Therrien,
Ricardo Meza, William Windemuth,
Etabo Kipendo, Jeffrey Whichard,
Karla Whichard, Brian Bollhoefer, *and*
Edwin Paul,
*Plaintiffs*

v.

United Airlines, Inc.,
*Defendant*

Case No. 21-CV-683 (KLM)


**OPPOSITION TO DEFENDANT'S
MOTION TO EXTEND
NONPARTY DESIGNATION
DEADLINE**


On June 3rd, 2021, Defendant United Airlines, Inc., filed a motion to extend the deadline

for them to designate nonparties who may be liable for Plaintiffs' injuries.  ECF No. 18.

Defendant argues that "good cause exists for the requested extension because no discovery

has taken place, the parties have yet to exchange initial disclosures, and the Court has not issued

its scheduling order." *Id*., p. 4.  But, these are reasons that Plaintiffs may not be prejudiced by an

extension, not reasons that the extension is necessary in the first place.  Defendant has refused to

explain to the undersigned counsel why it needs a full 3 months extra, and its motion does not fill

in those details.

Plaintiffs are willing to consent to a 30-day extension as a courtesy, but more time than

that should not be granted without even a cursory showing of need.  Colorado courts may well be

willing to liberally allow late designations, but certainly not without any explanation as to who the

prospective designee(s) may be or why they could not be timely designated.  Class action litigation

takes long enough without unnecessary delay.  Let us not turn this somewhat straight-forward case

into five or ten year litigation by indulging lengthy deviations from deadlines without a showing

of need.

Dated:  Denver, CO                                          Respectfully submitted,

        June 9th, 2021

                                                    _____/s/Jonathan Corbett_____
                                                    Jonathan Corbett, Esq.
                                                    Attorney for Plaintiff
                                                    CA Bar #325608 (*admitted D. Colo.*)
                                                    958 N. Western Ave. #765
                                                    Hollywood, CA 90029
                                                    E-mail: jon@corbettrights.com
                                                    Phone: (310) 684-3870
                                                    FAX:   (310) 675-7080