IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00683-PAB

CHAD SCHNELL,
DAVID DELUCIA,
SIMONA DELUCIA,
ANTHONY DELUCIA,
CHRISTINA GLAVIN,
JENNIFER BOWERS,
STACY THERRIEN,
RICARDO MEZA,
WILLIAM WINDEMUTH,
ETABO KIPENDO,
JEFFREY WHICHARD,
KARLA WHICHARD,
BRIAN BOLLHOEFER, and
EDWIN PAUL,

    Plaintiffs,

v.

UNITED AIRLINES, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on plaintiffs' Response to Order to Show Cause and Motion for Leave to Amend Complaint [Docket No. 30] and plaintiffs' Proposed Second Amended Class-Action Complaint [Docket No. 32]. Based on the response and the proposed amended complaint, the Court is satisfied that it has subject-matter jurisdiction over this case. The Court will therefore discharge the Order to Show Cause [Docket No. 29]. The Court will also grant plaintiffs' motion to amend and accept proposed amended complaint [Docket No. 32] as the operative complaint in this case.

    Plaintiff "further moves the Court to forgo any requirement that Defendant separately answer this iteration of the complaint, and to consider the fully-briefed motion to strike the First Amended Complaint . . . as if it was referencing the Second Amended Complaint." Docket No. 30 at 1. The Court will deny this request because plaintiffs' Second Amended Class-Action Complaint is now the operative complaint, and

defendant's motions are therefore directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted).

Accordingly, it is

**ORDERED** that the Order to Show Cause, Docket No. 29, is hereby discharged. It is further

**ORDERED** that the portion of plaintiffs' Response to Order to Show Cause and Motion for Leave to Amend Complaint [Docket No. 30] seeking to file an amended complaint is **GRANTED**.  It is further

**ORDERED** that Plaintiffs' Proposed Second Amended Class-Action Complaint [Docket No. 32] is accepted for filing and serves as the operative complaint in this case. It is further

**ORDERED** that the portion of plaintiffs' Response to Order to Show Cause and Motion for Leave to Amend Complaint [Docket No. 30] seeking to prevent defendant from filing a new responsive pleading is **DENIED**.

DATED July 7, 2021.