IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00683-PAB

CHAD SCHNELL,
DAVID DELUCIA,
SIMONA DELUCIA,
ANTHONY DELUCIA,
CHRISTINA GLAVIN,
JENNIFER BOWERS,
STACY THERRIEN,
RICARDO MEZA,
WILLIAM WINDEMUTH,
ETABO KIPENDO,
JEFFREY WHICHARD,
KARLA WHICHARD,
BRIAN BOLLHOEFER, and
EDWIN PAUL,

     Plaintiffs,

v.

UNITED AIRLINES, INC.,

     Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

     This matter is before the Court on United Airlines, Inc.'s Renewed Motion to Strike Pursuant to Federal Rules of Civil Procedure 12(f) & 23(d)(1)(D) [Docket No. 17]. On July 7, 2021, the Court granted plaintiffs' motion to amend and accepted plaintiffs' proposed amended complaint. Docket No. 33. Thus, the Second Amended Class-Action Complaint became the operative pleading in this action, and the motion to strike is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to strike is moot. Wherefore, it is

     **ORDERED** that United Airlines, Inc.'s Renewed Motion to Strike Pursuant to Federal Rules of Civil Procedure 12(f) & 23(d)(1)(D) [Docket No. 17] is **DENIED as moot**.

     DATED July 7, 2021.