# MINUTE ENTRY FOR SETTLEMENT

TO:      Docketing

FROM:    Magistrate Judge Kristen L. Mix

DATE:    December 21, 2021
         21-cv-00683-PAB-KLM
         <u>CHAD SCHNELL V. UNITED AIRLINES, INC.</u>

_____    A settlement conference was held on_____ and no settlement was reached as to any claims in this action.

_____    Another Settlement Conference set for

         _____.

         Updated Confidential Settlement Statements are due on or before _____.

         ☐    in accordance with the Court's Instructions

✓_____   A settlement conference was held on this date, and a settlement was reached as to

_✓___    All claims in this action.  The parties shall file a stipulated motion to dismiss on or before _____
         _____ *January 31, 2022* _____.

_____    Claims between _____
         and _____.  These parties shall file a stipulated motion to dismiss on or before

         _____.

Settlement conference and preparation time involved:  hours  minutes.

✓_____   A record was made            _____    No record was made

         * * * * * * * * * * * * * * * * *

_____    Supplemental settlement negotiations were held in the above-captioned case.

         Negotiation time involved: __*4*__ hours _____ minutes